UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NORMAN CURRY AS OWNER OF ALL RIGHTS IN THE CONTRACT CLAIMS REGARDING PROPERTY DESCRIBED AS 217 MARYLAND PARKWAY, LAS VEGAS, NEVADA 89101,<br><br>          Plaintiff,<br><br>vs.<br><br>OPTION ONE, AMERICAN HOME MORTGAGE AND POWER DEFAULT SERVICES, LOAN ADVISORS,<br><br>          Defendants. | 2:11-CV-01072-PMP-GWF<br><br>**ORDER** |

      Before the Court for consideration is Defendant American Home Mortgage Servicing, Inc.'s, Motion to Dismiss (Doc. #8) filed July 28, 2011, and Defendant Power Default Services' Joinder to American Home Mortgage Servicing, Inc.'s Motion to Dismiss (Doc. #10) filed August 1, 2011. Plaintiff Norman Curry has failed to file an Opposition to Defendants' Motion, and in accord with the Local Rules of this Court, thereby consents to the granting of the relief requested.

      Additionally, a review of Defendants' Motion shows that Defendants are entitled to dismissal on the merits.

///

**IT IS THEREFORE ORDERED that** Defendant American Home Mortgage Servicing, Inc.'s, Motion to Dismiss (Doc. #8) and Defendant Power Default Services' Joinder (Doc. #10) are hereby **GRANTED**.

**IT IS FURTHER ORDERED that** the Clerk of Court shall enter judgment in favor of Defendants' American Home Mortgage Servicing, Inc., and Power Default Services and against Plaintiff Norman Curry.

DATED:  August 18, 2011.

PHILIP M. PRO
United States District Judge